Ronald L. NORTHRUP, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 42226.

Missouri Court of Appeals,
Western District.

Feb. 6, 1990.

Raymond L. Legg, Betsy A. Clarke, Office of Public Defender, Columbia, for appellant.

Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before GAITAN, P.J., and CLARK and MANFORD, JJ.

ORDER

PER CURIAM.

Appeal from denial of Rule 24.035 motion for post-conviction relief without an evidentiary hearing.

Judgment affirmed. Rule 84.16(b).

James TERRY, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 41765.

Missouri Court of Appeals,
Western District.

Feb. 6, 1990.

Lew Kollias, Columbia, for appellant.

Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before GAITAN, P.J., and CLARK and MANFORD, JJ.

ORDER

PER CURIAM.

Appeal from denial of petition for writ of error coram nobis. Affirmed. Rule 84.-16(b).